**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>ADRIAN LANDERS,<br><br>              Defendant. | No.  1:23-MJ-00148-EPG<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release) |

        The defendant having been arrested for alleged violation(s) of the terms and conditions of supervised release; and

        Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

[x]    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[X]    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

        This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated:    **December 14, 2023**            /s/ _Erica P. Grosjean_
                                                           UNITED STATES MAGISTRATE JUDGE